The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel*. J. DOE,<br><br>                     Plaintiffs,<br><br>          v.<br><br>REGENCE BLUESHIELD, *et al.*,<br><br>                    Defendants. | CASE NO. 2:20-cv-01433-JNW<br><br>**FILED UNDER SEAL**<br><br>[~~PROPOSED~~] ORDER |

The United States, having declined at this time to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), it is hereby ORDERED that:

1.    The Complaint, this Order, the United States' Notice of Declination, and all other filings in this action shall be unsealed;

2.    Relator shall serve a copy of the Complaint, this Order, and the United States' Notice of Declination on Defendants;

3.    The seal be lifted as to all other matters occurring in this action after the date of this Order;

4.    The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3);

UNITED STATES ATTORNEY<br>700 STEWART STREET, SUITE 5220<br>SEATTLE, WASHINGTON 98101<br>(206) 553-7970

5.    The United States may seek dismissal of Relator's action or claims, order any deposition transcripts, and is entitled to intervene in this action, for good cause, at any time;

6.    The parties shall serve all notices of appeal upon the United States;

7.    All orders of this Court shall be sent to the United States; and

8.    Should Relator or Defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

DATED this 20th day of July, 2026.


Jamal N. Whitehead
United States District Judge


Presented by:

*s/ Kayla C. Stahman*
KAYLA C. STAHMAN, CA #228931
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax:    206-553-4067
Email: kayla.stahman@usdoj.gov

[PROPOSED] ORDER - 2
(2:20-cv-01433-JNW)
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970