HON. JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. J. DOE,<br><br>Plaintiffs,<br><br>v.<br><br>REGENCE BLUESHIELD; CAMBIA HEALTH SOLUTIONS, INC.; REGENCE BLUECROSS BLUESHIELD OF UTAH; REGENCE BLUECROSS BLUESHIELD OF OREGON; REGENCE BLUESHIELD OF IDAHO; and REGENCE INSURANCE HOLDING CORPORATION,<br><br>Defendants. | Case No. 20-cv-1433-JNW<br><br>**ORDER** |

For the reasons stated in the Unopposed Motion to Seal Complaint and File Redacted Complaint, it is hereby ordered that:

1. The Second Amended Complaint (ECF Dkt. 32) and proposed Second Amended Complaint (ECF Dkt. 28-1) shall be placed under seal.

2. The redacted Second Amended Complaint attached as Exhibit A to the Motion shall be filed on the public docket in this action.

DATED this 5th day of August, 2026.

Jamal N. Whitehead
United States District Judge



SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Tel: (206) 516-3880; Fax: (206) 516-3883