HON. JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA ex rel. J. DOE,

Plaintiffs,

v.

REGENCE BLUESHIELD; CAMBIA HEALTH SOLUTIONS, INC.; REGENCE BLUECROSS BLUESHIELD OF UTAH; REGENCE BLUECROSS BLUESHIELD OF OREGON; REGENCE BLUESHIELD OF IDAHO; and REGENCE INSURANCE HOLDING CORPORATION,

Defendants.

Case No. 20-cv-1433-BJR

**ORDER GRANTING MOTION FOR LEAVE FOR WITHDRAWAL AND SUBSTITUTION AS COUNSEL**

**Jury Trial Demanded**

THIS MATTER came before the Court on Motion for Leave for Withdrawal and Substitution of Counsel, under Local Civil Rule (LCR) 83.2(b)(1). The Court, having reviewed the motion submitted, hereby GRANTS the motion.

IT IS SO ORDERED.

Dated this 7th day of October, 2026.

Hon. Jamal N. Whitehead
United States District Judge



SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883